UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

Yolanda Andrews

    Plaintiff,

v.          Civil Action No. 10-4932

Michael Astrue,
Commissioner of
Social Security,
    Defendant.

STATE OF New Jersey )
         ) SS.
HUDSON COUNTY   )

## ORDER ON APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES *IN FORMA PAUPERIS*

In reliance on the presentations set forth in the attached application and affidavit, and having considered the application to proceed without prepayment of fees under 28 U.S.C Section 1915;

IT IS ORDERED that the application is:

[X] GRANTED
[X] The clerk is directed to file the complaint.

[X] IT IS FURTHER ORDERED that the CLERK issue summons and the United States marshal serve a copy of the summons and this order upon the defendant(s) as directed by the plaintiff. All cost of service shall be advanced by the United States.

[ ] DENIED, for the following reasons:

_____

ENTER this **6** day of **October**, 20**10**.

_____
Signature of Judicial Officer

Peter G. Sheridan, USDJ
Name and Title of Judicial Office